THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT TAYLOR**                                                                                          **PLAINTIFF**

**v.**                                       **Case No. 3:19-cv-00337-KGB**

**KEVIN MOLDER, STEVE ROEX, TRISH
MARSHAL, and DOYAL RAMEY**                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Robert Taylor's complaint and amended complaint are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge